```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

KEVIN WILMATH                                              PLAINTIFF

V.                         CIVIL NO. 08-6011

ST. JOSEPH MERCY HEALTH CENTER                             DEFENDANT

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant's Motion for Summary Judgment (Doc. 16) is **GRANTED**. Each party is to bear its own fees and costs associated with this case. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 9th day of January, 2009.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge